# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: BOYSEN, ALLEN F | § Case No. 05-74719 |
| BOYSEN, VERONICA H | § |
| | § |
| Debtors | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on September 09, 2005. The undersigned trustee was appointed on September 09, 2005.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $        10,024.70

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Administrative expenses | 18.79 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Leaving a balance on hand of | $    10,005.91 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

**UST Form 101-7-TFR (4/1/2009)**

6. The deadline for filing claims in this case was 03/21/2006. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,752.47. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,752.47, for a total compensation of $1,752.47. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/06/2009        By: /s/JAMES E. STEVENS
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (4/1/2009)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 05-74719 | Trustee: | (330420) | JAMES E. STEVENS |
|---|---|---|---|---|
| Case Name: | BOYSEN, ALLEN F | Filed (f) or Converted (c): | 09/09/05 (f) | |
| | BOYSEN, VERONICA H | §341(a) Meeting Date: | 10/19/05 | |
| Period Ending: 08/06/09 | | Claims Bar Date: | 03/21/06 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5406 Joseph Circle McHenry, IL | 345,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | checking account McHenry Savings Bank | 229.00 | 0.00 | DA | 0.00 | FA |
| 3 | Misc. Household goods | 2,200.00 | 0.00 | DA | 0.00 | FA |
| 4 | wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc. sports equipment | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | cash value life insurance | Unknown | 0.00 | DA | 0.00 | FA |
| 7 | cash value life insurance | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | 401K | Unknown | 0.00 | DA | 0.00 | FA |
| 9 | 2004 Ford F150 | 25,000.00 | 4,000.00 | DA | 4,000.00 | FA |
| 10 | 2004 Ford Mustang | 21,000.00 | 6,000.00 | DA | 6,000.00 | FA |
| 11 | 1996 Ford Explorer | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | Computer and Copy Machine | 450.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 24.70 | Unknown |
| 13 | Assets  Totals (Excluding unknown values) | $399,579.00 | $10,000.00 | | $10,024.70 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    December 31, 2006        Current Projected Date Of Final Report (TFR):    August 6, 2009 (Actual)

Printed: 08/06/2009 07:17 AM    V.11.21

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-74719 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | BOYSEN, ALLEN F | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BOYSEN, VERONICA H | | Account: | \*\*\*.\*\*\*\*\*93-65 - Money Market Account |
| Taxpayer ID #: | 13-7558507 | | Blanket Bond: | $118,000.00 (per case limit) |
| Period Ending: | 08/06/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/07/07 | {10} | Allen F. and Veronica Boysen | repayment on car | 1110-000 | 500.00 | | 500.00 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.16 | | 500.16 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.27 | | 500.43 |
| 05/01/07 | {9} | Allen and Veronica Boysen | payment on car Ford | 1110-000 | 500.00 | | 1,000.43 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.49 | | 1,000.92 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.51 | | 1,001.43 |
| 07/02/07 | {9} | Allen and Veronica Boysen | payment on vehicle Ford | 1110-000 | 500.00 | | 1,501.43 |
| 07/24/07 | {9} | ALLEN F. AND VERONICE BOYSEN | PAYMENT ON FORD | 1110-000 | 250.00 | | 1,751.43 |
| 07/30/07 | {9} | Allen and Veronica Boysen | payment on Ford | 1110-000 | 250.00 | | 2,001.43 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.79 | | 2,002.22 |
| 08/07/07 | {9} | Allen Boysen | payment on Ford | 1110-000 | 250.00 | | 2,252.22 |
| 08/14/07 | {9} | Allen and Veronica Boysen | payment on Ford | 1110-000 | 250.00 | | 2,502.22 |
| 08/28/07 | {9} | Allen F. Boysen | payment on Ford | 1110-000 | 250.00 | | 2,752.22 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.23 | | 2,753.45 |
| 09/11/07 | {9} | Allen F. Boysen | payment on Ford | 1110-000 | 250.00 | | 3,003.45 |
| 09/24/07 | {9} | Allen F. Boysen | payment on Ford | 1110-000 | 250.00 | | 3,253.45 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.44 | | 3,254.89 |
| 10/24/07 | {9} | Allen F. Boysen | payment on Ford | 1110-000 | 250.00 | | 3,504.89 |
| 10/30/07 | {9} | Allen Boysen | payment on Ford | 1110-000 | 250.00 | | 3,754.89 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.92 | | 3,756.81 |
| 11/13/07 | {9} | Allen F. Boysen | payment on Ford | 1110-000 | 250.00 | | 4,006.81 |
| 11/27/07 | {9} | Allen and Veronica Boysen | payment on Ford | 1110-000 | 250.00 | | 4,256.81 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.01 | | 4,258.82 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.16 | | 4,260.98 |
| 01/17/08 | {9} | Allen and Veronica Boysen | payment on Ford | 1110-000 | 250.00 | | 4,510.98 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 1.98 | | 4,512.96 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.92 | | 4,513.88 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.83 | | 4,514.71 |
| 04/07/08 | {10} | ALLEN AND VERONICA BOYSEN | PAYMENT ON FORD MUSTANG | 1110-000 | 250.00 | | 4,764.71 |
| 04/14/08 | {10} | ALLEN F. BOYSEN | payment on Ford Mustang | 1110-000 | 250.00 | | 5,014.71 |
| 04/21/08 | {10} | ALLEN F. BOYSEN AND VERONICA H. BOYSEN | payment on Ford Mustang | 1110-000 | 500.00 | | 5,514.71 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.68 | | 5,515.39 |
| 05/06/08 | {10} | ALLEN F. BOYSEN | payment on Ford Mustang | 1110-000 | 250.00 | | 5,765.39 |
| 05/20/08 | {10} | ALLEN F. BOYSEN | payment on Ford Mustang | 1110-000 | 500.00 | | 6,265.39 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.72 | | 6,266.11 |

Subtotals : $6,266.11    $0.00

{} Asset reference(s)    Printed: 08/06/2009 07:14 AM    V.11.21

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-74719 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | BOYSEN, ALLEN F | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BOYSEN, VERONICA H | | Account: | ***-*****93-65 - Money Market Account |
| Taxpayer ID #: | 13-7558507 | | Blanket Bond: | $118,000.00 (per case limit) |
| Period Ending: | 08/06/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/04/08 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2008 FOR CASE #05-74719, prorata bond payment bond #016018067 | 2990-000 | | 6.27 | 6,259.84 |
| 06/17/08 | {10} | ALLEN AND VERONICA BOYSEN | PAYMENT ON FORD MUSTANG | 1110-000 | 500.00 | | 6,759.84 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.81 | | 6,760.65 |
| 07/15/08 | {10} | ALLEN AND VERONICA BOYSEN | PAYMENT ON FORD MUSTANG | 1110-000 | 500.00 | | 7,260.65 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.88 | | 7,261.53 |
| 08/14/08 | {10} | Allen and Veronica Boysen | payment on Ford Mustang | 1110-000 | 500.00 | | 7,761.53 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.88 | | 7,762.41 |
| 09/15/08 | {10} | Allen and Veronica Boysen | payment on Ford Mustang | 1110-000 | 500.00 | | 8,262.41 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.04 | | 8,263.45 |
| 10/27/08 | {10} | Allen and Veronica Boysen | payment on ford mustang | 1110-000 | 250.00 | | 8,513.45 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.90 | | 8,514.35 |
| 11/26/08 | {10} | ALLEN AND VERONICA BOYSEN | PAYMENT TOWARDS MUSTANG | 1110-000 | 500.00 | | 9,014.35 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.66 | | 9,015.01 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.63 | | 9,015.64 |
| 01/13/09 | {10} | Allen and Veronica Boysen | payment on Ford Mustang | 1110-000 | 500.00 | | 9,515.64 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 9,516.01 |
| 02/24/09 | {10} | Allen and Veronica Boysen | payment on Ford Mustang | 1110-000 | 250.00 | | 9,766.01 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 9,766.37 |
| 03/30/09 | {10} | Allen Boysen | payment on Ford Mustang | 1110-000 | 250.00 | | 10,016.37 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,016.79 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 10,017.19 |
| 05/28/09 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/28/2009 FOR CASE #05-74719 | 2300-000 | | 12.52 | 10,004.67 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 10,005.06 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 10,005.49 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,005.91 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 10,024.70 | 18.79 | $10,005.91 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 10,024.70 | 18.79 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $10,024.70 | $18.79 | |

{} Asset reference(s)

Printed: 08/06/2009 07:14 AM    V.11.21

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-74719 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | BOYSEN, ALLEN F | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BOYSEN, VERONICA H | | Account: | ***-*****93-65 - Money Market Account |
| Taxpayer ID #: | 13-7558507 | | Blanket Bond: | $118,000.00  (per case limit) |
| Period Ending: | 08/06/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |

| | | | | Net | Net | Account |
|---|---|---|---|---|---|---|
| | | TOTAL - ALL ACCOUNTS | | Receipts | Disbursements | Balances |
| | | MMA # ***-*****93-65 | | 10,024.70 | 18.79 | 10,005.91 |
| | | | | $10,024.70 | $18.79 | $10,005.91 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-74719
Case Name: BOYSEN, ALLEN F
Trustee Name: JAMES E. STEVENS

Claims of secured creditors will be paid as follows:

*Claimant*                                        *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JAMES E. STEVENS | $ 1,752.47 | $ |
| *Attorney for trustee* | Barrick Switzer Law Firm | $ 3,472.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ 250.00 | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |
| *Attorney for trustee* | Barrick, Switzer Law Firm | $ | $ 150.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*            *Fees*            *Expenses*

**UST Form 101-7-TFR (4/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for*        _____ $_____ $_____
*Accountant for*      _____ $_____ $_____
*Appraiser for*       _____ $_____ $_____
*Other*               _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 47,423.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.2 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | World Financial Network National Bank | $ 242.80 | $ 22.43 |
| 2 | Discover Bank/Discover Financial Services | $ 6,672.00 | $ 616.43 |
| 3 | First National Bank of Omaha | $ 7,263.49 | $ 671.08 |
| 4 | Kohl's Department Store | $ 659.58 | $ 60.94 |
| 5 | Target National Bank (f.k.a. Retailers National Ba | $ 8,468.35 | $ 782.39 |
| 6 | Capital Recovery One | $ 235.10 | $ 21.72 |
| 7 | Recovery Management Systems Corporation | $ 891.41 | $ 82.36 |
| 8 | Recovery Management Systems Corp | $ 62.57 | $ 5.78 |

**UST Form 101-7-TFR (4/1/2009)**

| | | | |
|---|---|---|---|
| 9 | Recovery Management Systems Corporation | $ 522.79 | $ 48.30 |
| 10 | Citibank(South Dakota)/Choice | $ 21,954.84 | $ 2,028.41 |
| 11 | Capital Recovery One | $ 450.29 | $ 41.60 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 12 | eCAST Settlement Corporation assignee of | $ 23,959.13 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-TFR (4/1/2009)**