# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: BOYSEN, ALLEN F | § Case No. 05-74719 |
| BOYSEN, VERONICA H | § |
| | § |
| Debtors | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>JAMES E. STEVENS</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

*The Final Report shows receipts of*      $    10,024.70

*and approved disbursements of*           $         18.79

*leaving a balance of*                    $    10,005.91

Claims of secured creditors will be paid as follows:

*Claimant*                                           *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JAMES E. STEVENS | $ 1,752.47 | $ |
| Attorney for trustee | Barrick Switzer Law Firm | $ 3,472.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ 250.00 | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

*Attorney for trustee* Barrick, Switzer Law Firm    $_____    $_____150.00_

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                    Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 47,423.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | World Financial Network National Bank | $ 242.80 | $ 22.43 |
| 2 | Discover Bank/Discover Financial Services | $ 6,672.00 | $ 616.43 |
| 3 | First National Bank of Omaha | $ 7,263.49 | $ 671.08 |
| 4 | Kohl's Department Store | $ 659.58 | $ 60.94 |
| 5 | Target National Bank (f.k.a. Retailers National Ba | $ 8,468.35 | $ 782.39 |
| 6 | Capital Recovery One | $ 235.10 | $ 21.72 |
| | Recovery Management | | |

**UST Form 101-7-NFR (4/1/2009)**

| | | Allowed | Proposed |
|---|---|---|---|
| 7 | Systems Corporation | $ 891.41 | $ 82.36 |
| 8 | Recovery Management Systems Corp | $ 62.57 | $ 5.78 |
| 9 | Recovery Management Systems Corporation | $ 522.79 | $ 48.30 |
| 10 | Citibank(South Dakota)/Choice | $ 21,954.84 | $ 2,028.41 |
| 11 | Capital Recovery One | $ 450.29 | $ 41.60 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 12 | eCAST Settlement Corporation assignee of | $ 23,959.13 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:
United States Bankruptcy Court

Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 09/16/2009 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 08/06/2009           By: /s/JAMES E. STEVENS
                                Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: jshores              Page 1 of 2           Date Rcvd: Aug 07, 2009
Case: 05-74719                Form ID: pdf006            Total Noticed: 37

The following entities were noticed by first class mail on Aug 09, 2009.
db          +Allen F Boysen,    5406 Joseph Circle,    McHenry, IL 60051-8423
jdb         +Veronica H Boysen,    5406 Joseph Circle,    McHenry, IL 60051-8423
aty         +Richard T Jones,    138 Cass Street,    Woodstock, IL 60098-3254
tr          +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
              Rockford, IL 61108-2579
9797650      AT&T Universal Card,    Post Office Box 8029,    S. Hackensack, NJ 07606-8029
9797648      America's Servicing Co.,    Post Office Box 10328,    Des Moines, IA 50306-0328
9797649      Amoco-BP Oil,    Post Office Box 9014,    Des Moines, IA 50368-9014
9797651      Bank of America,    Recovery Department,    Post Office Box 2278,    Norfolk, VA 23501-2278
9797652      Capital One,    1957 Westmoreland Road,    Post Office Box 26094,    Richmond, VA 23260-6094
9797653      Chase Card Service,    Post Office Box 15129,    Wilmington, DE 19850-5129
9797657     +Chase Manhattan Mortgage,    Attention: Bankruptcy Department,    3415 Vision Drive,
              Columbus, Ohio 43219-6009
9797658      Citgo,    Post Office Box 9095,    Des Moines, IA 50368-9095
10649065    +Citibank(South Dakota)/Choice,    Exception Payment Processing,    POB 6305,
              The Lakes NV 88901-6305
9797660    +++First National Bank of Omaha,    1620 Dodge St,    Omaha, NE 68197-0002
9797661      Ford Motor Credit Company,    1901 N. Roselle Rd, #610,    Schaumburg, Illinois 60195-3184
9797664      Meijer, Inc.,    Post Office Box 3638,    Grand Rapids, MI 49501-3638
9797666      Mobil,    Post Office Box 103141,    Roswell, GA 30076-9341
9797667     +National City Card Service,    1 National City Pkwy,    Kalamazoo, MI 49009-8002
9797668      Shell,    Post Office Box 9151,    Des Moines, IA 50368-9151
9797669      Target National Bank,    Post Office Box 59317,    Minneapolis, MN 55459-0317
10612981    +Target National Bank (f.k.a. Retailers National Ba,    TARGET VISA,    c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
9797671      US Dept. of Education,    Direct Loan Servicing Center,    Post Office Box 4609,
              Utica, NY 13504-4609
9797672     +Victoria's Secret,    Post Office Box 659728,    San Antonio, TX 78265-9728
10547922    +World Financial Network National Bank,    Victoria's Secret,    c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
13547581     eCAST Settlement Corporation assignee of,    Chase Bank USA NA,    POB 35480,
              Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Aug 08, 2009.
12391780    +E-mail/PDF: rmscedi@recoverycorp.com Aug 08 2009 01:55:05     Capital Recovery One,
              25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
10551627     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 08 2009 02:34:30
              Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard,OH 43026
9797659      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 08 2009 02:34:30     Discover Financial Services,
              Post Office Box 8003,    Hilliard, Ohio 43026
10609845    +E-mail/PDF: cr-bankruptcy@kohls.com Aug 08 2009 01:49:07     Kohl's Department Store,
              c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas, TX 75374-0933
9797663      E-mail/PDF: cr-bankruptcy@kohls.com Aug 08 2009 01:49:07     Kohls,    Post Office Box 2983,
              Milwaukee, WI 53201-2983
12391444    +E-mail/PDF: rmscedi@recoverycorp.com Aug 08 2009 01:55:38     Recovery Management Systems Corp,
              GE Money Bank,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
12390805     E-mail/PDF: rmscedi@recoverycorp.com Aug 08 2009 01:55:39
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
10631850    +E-mail/PDF: rmscedi@recoverycorp.com Aug 08 2009 01:54:53
              Recovery Management Systems Corporation,    For GE Money Bank,    dba MEIJER,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
10632911    +E-mail/PDF: rmscedi@recoverycorp.com Aug 08 2009 01:55:19
              Recovery Management Systems Corporation,    For GE Money Bank,    dba MOBIL,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
10631849    +E-mail/PDF: rmscedi@recoverycorp.com Aug 08 2009 01:55:41
              Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
10632910    +E-mail/PDF: rmscedi@recoverycorp.com Aug 08 2009 01:54:54
              Recovery Management Systems Corporation,    For GE Money Bank,    dba OLD NAVY,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
9797670      E-mail/Text: bncbankruptcy@triadfinancial.com                            Triad Financial Corp.,
              Post Office Box 3299,    Huntington Beach, CA 92605-3299
                                                                                              TOTAL: 12

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
              Rockford, Il 61108-2579
9797654*     Chase Card Service,    Post Office Box 15129,    Wilmington, DE 19850-5129
9797655*     Chase Card Service,    Post Office Box 15129,    Wilmington, DE 19850-5129
9797656*     Chase Card Service,    Post Office Box 15129,    Wilmington, DE 19850-5129
9797662*     Ford Motor Credit Company,    1901 N. Roselle Rd, #610,    Schaumburg, Illinois 60195-3184
9797665*     Meijer, Inc.,    Post Office Box 3638,    Grand Rapids, MI 49501-3638
                                                                                         TOTALS: 0, * 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
 District/off: 0752-3          User: jshores              Page 2 of 2            Date Rcvd: Aug 07, 2009
 Case: 05-74719                Form ID: pdf006            Total Noticed: 37
```

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 09, 2009**                    **Signature:**       *Joseph Speetjens*