# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

*NOV 2 5 2009*

| | | |
|---|---|---|
| In re: BOYSEN, ALLEN F | § | Case No. 05-74719 |
| BOYSEN, VERONICA H | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $399,579.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $4,382.07 | Claims Discharged Without Payment: $140,245.87 |
| Total Expenses of Administration: $5,643.26 | |

3) Total gross receipts of $ 10,025.33  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $10,025.33 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $358,757.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 5,643.26 | 5,643.26 | 5,643.26 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 73,245.59 | 71,382.35 | 71,382.35 | 4,382.07 |
| TOTAL DISBURSEMENTS | $432,002.59 | $77,025.61 | $77,025.61 | $10,025.33 |

4) This case was originally filed under Chapter 7 on September 09, 2005. The case was pending for 51 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/16/2009          By: /s/JAMES E. STEVENS
                                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 2004 Ford F150 | 1110-000 | 4,000.00 |
| 2004Ford Mustang | 1110-000 | 6,000.00 |
| Interest Income | 1270-000 | 25.33 |
| **TOTAL GROSS RECEIPTS** | | **$10,025.33** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Manhattan Mortgage | 4110-000 | 260,000.00 | N/A | N/A | 0.00 |
| America's Servicing Co. | 4110-000 | 64,912.00 | N/A | N/A | 0.00 |
| Ford Motor Credit Company | 4210-000 | 13,365.00 | N/A | N/A | 0.00 |
| Ford Motor Credit Company | 4210-000 | 20,480.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$358,757.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,752.47 | 1,752.47 | 1,752.47 |
| Clerk of the Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Barrick Switzer Law Firm | 3110-000 | N/A | 3,472.00 | 3,472.00 | 3,472.00 |
| Barrick, Switzer Law Firm | 3120-000 | N/A | 150.00 | 150.00 | 150.00 |
| INTERNATIONAL SURETIES, LTD. | 2990-000 | N/A | 6.27 | 6.27 | 6.27 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 12.52 | 12.52 | 12.52 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 5,643.26 | 5,643.26 | 5,643.26 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| World Financial Network National Bank | 7100-000 | N/A | 242.80 | 242.80 | 22.44 |
| Discover Bank/Discover Financial Services | 7100-000 | N/A | 6,672.00 | 6,672.00 | 616.52 |
| First National Bank of Omaha | 7100-000 | N/A | 7,263.49 | 7,263.49 | 671.17 |
| Kohl's Department Store | 7100-000 | N/A | 659.58 | 659.58 | 60.95 |
| Target National Bank (f.k.a. Retailers National Ba | 7100-000 | N/A | 8,468.35 | 8,468.35 | 782.50 |
| Capital Recovery One | 7100-000 | N/A | 235.10 | 235.10 | 21.72 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 891.41 | 891.41 | 82.37 |
| Recovery Management Systems Corp | 7100-000 | N/A | 62.57 | 62.57 | 5.78 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 522.79 | 522.79 | 48.31 |
| Citibank(South Dakota)/Choice | 7100-000 | N/A | 21,954.84 | 21,954.84 | 2,028.70 |
| Capital Recovery One | 7100-000 | N/A | 450.29 | 450.29 | 41.61 |
| eCAST Settlement Corporation assignee of | 7200-000 | N/A | 23,959.13 | 23,959.13 | 0.00 |
| Capital One | 7100-000 | 828.10 | N/A | N/A | 0.00 |
| Chase Card Service | 7100-000 | 3,093.84 | N/A | N/A | 0.00 |
| Bank of America | 7100-000 | 5,282.41 | N/A | N/A | 0.00 |
| Chase Card Service | 7100-000 | 14,157.27 | N/A | N/A | 0.00 |
| AT&T Universal Card | 7100-000 | 21,354.81 | N/A | N/A | 0.00 |
| Citgo | 7100-000 | 239.07 | N/A | N/A | 0.00 |
| U.S. Dept.. of Education | 7100-000 | 8,500.00 | N/A | N/A | 0.00 |
| Triad Financial Corp. | 7100-000 | 10,905.00 | N/A | N/A | 0.00 |
| Shell | 7100-000 | 26.69 | N/A | N/A | 0.00 |
| Amoco BP Oil | 7100-000 | 89.45 | N/A | N/A | 0.00 |
| National City Card Service | 7100-000 | 8,768.95 | N/A | N/A | 0.00 |

UST Form 101-7-TDR (9/1/2009)

| TOTAL GENERAL UNSECURED CLAIMS | 73,245.59 | 71,382.35 | 71,382.35 | 4,382.07 |
| --- | --- | --- | --- | --- |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number:  05-74719
Case Name:  BOYSEN, ALLEN F
BOYSEN, VERONICA H
Period Ending:  11/16/09

Trustee:        (330420)    JAMES E. STEVENS
Filed (f) or Converted (c):  09/09/05 (f)
§341(a) Meeting Date:    10/19/05
Claims Bar Date:    03/21/06

| Ref. # | | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|---|
| 1 | | 5406 Joseph Circle McHenry, IL | 345,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | | checking account McHenry Savings Bank | 229.00 | 0.00 | DA | 0.00 | FA |
| 3 | | Misc. Household goods | 2,200.00 | 0.00 | DA | 0.00 | FA |
| 4 | | wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | | Misc. sports equipment | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | | cash value life insurance | Unknown | 0.00 | DA | 0.00 | FA |
| 7 | | cash value life insurance | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | | 401K | Unknown | 0.00 | DA | 0.00 | FA |
| 9 | | 2004 Ford F150 | 25,000.00 | 4,000.00 | DA | 4,000.00 | FA |
| 10 | | 2004 Ford Mustang | 21,000.00 | 6,000.00 | DA | 6,000.00 | FA |
| 11 | | 1996 Ford Explorer | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | | Computer and Copy Machine | 450.00 | 0.00 | DA | 0.00 | FA |
| Int | | INTEREST (u) | Unknown | N/A | | 25.33 | FA |
| 13 | Assets | Totals (Excluding unknown values) | $399,579.00 | $10,000.00 | | $10,025.33 | $0.00 |

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR):    December 31, 2006    Current Projected Date Of Final Report (TFR):    August 6, 2009  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Case Number: 05-74719

Case Name: BOYSEN, ALLEN F
BOYSEN, VERONICA H

Taxpayer ID #: 13-7558507

Period Ending: 11/16/09

Trustee: JAMES E. STEVENS (330420)

Bank Name: JPMORGAN CHASE BANK, N.A.

Account: ***-*****93-65 - Money Market Account

Blanket Bond: $118,000.00  (per case limit)

Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/07/07 | {10} | Allen F. and Veronica Boysen | repayment on car | 1110-000 | 500.00 | | 500.00 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.16 | | 500.16 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.27 | | 500.43 |
| 05/01/07 | {9} | Allen and Veronica Boysen | payment on car Ford | 1110-000 | 500.00 | | 1,000.43 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.49 | | 1,000.92 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.51 | | 1,001.43 |
| 07/02/07 | {9} | Allen and Veronica Boysen | payment on vehicle Ford | 1110-000 | 500.00 | | 1,501.43 |
| 07/24/07 | {9} | ALLEN F.  AND VERONICE BOYSEN | PAYMENT ON FORD | 1110-000 | 250.00 | | 1,751.43 |
| 07/30/07 | {9} | Allen and Veronica Boysen | payment on Ford | 1110-000 | 250.00 | | 2,001.43 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.79 | | 2,002.22 |
| 08/07/07 | {9} | Allen Boysen | payment on Ford | 1110-000 | 250.00 | | 2,252.22 |
| 08/14/07 | {9} | Allen and Veronica Boysen | payment on Ford | 1110-000 | 250.00 | | 2,502.22 |
| 08/28/07 | {9} | Allen F. Boysen | payment on Ford | 1110-000 | 250.00 | | 2,752.22 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.23 | | 2,753.45 |
| 09/11/07 | {9} | Allen F. Boysen | payment on Ford | 1110-000 | 250.00 | | 3,003.45 |
| 09/24/07 | {9} | Allen F. Boysen | payment on Ford | 1110-000 | 250.00 | | 3,253.45 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.44 | | 3,254.89 |
| 10/24/07 | {9} | Allen F. Boysen | payment on Ford | 1110-000 | 250.00 | | 3,504.89 |
| 10/30/07 | {9} | Allen Boysen | payment on Ford | 1110-000 | 250.00 | | 3,754.89 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.92 | | 3,756.81 |
| 11/13/07 | {9} | Allen F. Boysen | payment on Ford | 1110-000 | 250.00 | | 4,006.81 |
| 11/27/07 | {9} | Allen and Veronica Boysen | payment on Ford | 1110-000 | 250.00 | | 4,256.81 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.01 | | 4,258.82 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.16 | | 4,260.98 |
| 01/17/08 | {9} | Allen and Veronica Boysen | payment on Ford | 1110-000 | 250.00 | | 4,510.98 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 1.98 | | 4,512.96 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.92 | | 4,513.88 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.83 | | 4,514.71 |
| 04/07/08 | {10} | ALLEN AND VERONICA BOYSEN | PAYMENT ON FORD MUSTANG | 1110-000 | 250.00 | | 4,764.71 |
| 04/14/08 | {10} | ALLEN F. BOYSEN | payment on Ford Mustang | 1110-000 | 250.00 | | 5,014.71 |
| 04/21/08 | {10} | ALLEN F. BOYSEN AND VERONICA H. BOYSEN | payment on Ford Mustang | 1110-000 | 500.00 | | 5,514.71 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.68 | | 5,515.39 |
| 05/06/08 | {10} | ALLEN F. BOYSEN | payment on Ford Mustang | 1110-000 | 250.00 | | 5,765.39 |
| 05/20/08 | {10} | ALLEN F. BOYSEN | payment on Ford Mustang | 1110-000 | 500.00 | | 6,265.39 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.72 | | 6,266.11 |

Subtotals :     $6,266.11     $0.00

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-74719 | | Trustee: | JAMES E. STEVENS (330420) |
| Case Name: | BOYSEN, ALLEN F | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BOYSEN, VERONICA H | | Account: | ***-*****93-65 - Money Market Account |
| Taxpayer ID #: | 13-7558507 | | Blanket Bond: | $118,000.00  (per case limit) |
| Period Ending: | 11/16/09 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #}/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/04/08 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2008 FOR CASE #05-74719, prorata bond payment bond #016018067 | 2990-000 | | 6.27 | 6,259.84 |
| 06/17/08 | {10} | ALLEN AND VERONICA BOYSEN | PAYMENT ON FORD MUSTANG | 1110-000 | 500.00 | | 6,759.84 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.81 | | 6,760.65 |
| 07/15/08 | {10} | ALLEN AND VERONICA BOYSEN | PAYMENT ON FORD MUSTANG | 1110-000 | 500.00 | | 7,260.65 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.88 | | 7,261.53 |
| 08/14/08 | {10} | Allen and Veronica Boysen | payment on Ford Mustang | 1110-000 | 500.00 | | 7,761.53 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.88 | | 7,762.41 |
| 09/15/08 | {10} | Allen and Veronica Boysen | payment on Ford Mustang | 1110-000 | 500.00 | | 8,262.41 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.04 | | 8,263.45 |
| 10/27/08 | {10} | Allen and Veronica Boysen | payment on ford mustang | 1110-000 | 250.00 | | 8,513.45 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.90 | | 8,514.35 |
| 11/26/08 | {10} | ALLEN AND VERONICA BOYSEN | PAYMENT TOWARDS MUSTANG | 1110-000 | 500.00 | | 9,014.35 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.66 | | 9,015.01 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.63 | | 9,015.64 |
| 01/13/09 | {10} | Allen and Veronica Boysen | payment on Ford Mustang | 1110-000 | 500.00 | | 9,515.64 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 9,516.01 |
| 02/24/09 | {10} | Allen and Veronica Boysen | payment on Ford Mustang | 1110-000 | 250.00 | | 9,766.01 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 9,766.37 |
| 03/30/09 | {10} | Allen Boysen | payment on Ford Mustang | 1110-000 | 250.00 | | 10,016.37 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,016.79 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 10,017.19 |
| 05/28/09 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/28/2009 FOR CASE #05-74719 | 2300-000 | | 12.52 | 10,004.67 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 10,005.06 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 10,005.49 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,005.91 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,006.33 |
| 09/17/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.21 | | 10,006.54 |
| 09/17/09 | | To Account #*******9366 | transfer to close money market account | 9999-000 | | 10,006.54 | 0.00 |

| | | | ACCOUNT TOTALS | | 10,025.33 | 10,025.33 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,006.54 | |
| | | | Subtotal | | 10,025.33 | 18.79 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $10,025.33 | $18.79 | |

{} Asset reference(s)

Printed: 11/16/2009 11:28 AM    V.11.53

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-74719 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | BOYSEN, ALLEN F | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BOYSEN, VERONICA H | | Account: | ***-*****93-66 - Checking Account |
| Taxpayer ID #: | 18-7558507 | | Blanket Bond: | $118,000.00  (per case limit) |
| Period Ending: | 11/16/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #}/<br>Check# | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/17/09 | | From Account #*********9365 | transfer to close money market account | 9999-000 | 10,006.54 | | 10,006.54 |
| 09/17/09 | 101 | Clerk of the Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 9,756.54 |
| 09/17/09 | 102 | Barrick Switzer Law Firm | Dividend paid 100.00% on $3,472.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,472.00 | 6,284.54 |
| 09/17/09 | 103 | Barrick, Switzer Law Firm | Dividend paid 100.00% on $150.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 150.00 | 6,134.54 |
| 09/17/09 | 104 | JAMES E. STEVENS | Dividend paid 100.00% on $1,752.47, Trustee Compensation;  Reference: | 2100-000 | | 1,752.47 | 4,382.07 |
| 09/17/09 | 105 | World Financial Network National Bank | Dividend paid  9.24% on $242.80; Claim# 1; Filed: $242.80; Reference: | 7100-000 | | 22.44 | 4,359.63 |
| 09/17/09 | 106 | Discover Bank/Discover Financial Services | Dividend paid  9.24% on $6,672.00; Claim# 2; Filed: $6,672.00; Reference: | 7100-000 | | 616.52 | 3,743.11 |
| 09/17/09 | 107 | First National Bank of Omaha | Dividend paid  9.24% on $7,263.49; Claim# 3; Filed: $7,263.49; Reference: | 7100-000 | | 671.17 | 3,071.94 |
| 09/17/09 | 108 | Kohl's Department Store | Dividend paid  9.24% on $659.58; Claim# 4; Filed: $659.58; Reference: | 7100-000 | | 60.95 | 3,010.99 |
| 09/17/09 | 109 | Target National Bank (f.k.a. Retailers National Ba | Dividend paid  9.24% on $8,468.35; Claim# 5; Filed: $8,468.35; Reference: | 7100-000 | | 782.50 | 2,228.49 |
| 09/17/09 | 110 | Capital Recovery One | Dividend paid  9.24% on $235.10; Claim# 6; Filed: $235.10; Reference: | 7100-000 | | 21.72 | 2,206.77 |
| 09/17/09 | 111 | Recovery Management Systems Corporation | Dividend paid  9.24% on $891.41; Claim# 7; Filed: $891.41; Reference: | 7100-000 | | 82.37 | 2,124.40 |
| 09/17/09 | 112 | Recovery Management Systems Corp | Dividend paid  9.24% on $62.57; Claim# 8; Filed: $62.57; Reference: | 7100-000 | | 5.78 | 2,118.62 |
| 09/17/09 | 113 | Recovery Management Systems Corporation | Dividend paid  9.24% on $522.79; Claim# 9; Filed: $522.79; Reference: | 7100-000 | | 48.31 | 2,070.31 |
| 09/17/09 | 114 | Citibank(South Dakota)/Choice | Dividend paid  9.24% on $21,954.84; Claim# 10; Filed: $21,954.84; Reference: | 7100-000 | | 2,028.70 | 41.61 |
| 09/17/09 | 115 | Capital Recovery One | Dividend paid  9.24% on $450.29; Claim# 11; Filed: $450.29; Reference: | 7100-000 | | 41.61 | 0.00 |

|  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 10,006.54 | 10,006.54 | $0.00 |
| Less: Bank Transfers | 10,006.54 | 0.00 | |
| **Subtotal** | 0.00 | 10,006.54 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $10,006.54 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

Case Number: 05-74719
Case Name: BOYSEN, ALLEN F
BOYSEN, VERONICA H
Taxpayer ID #: 13-7558507
Period Ending: 11/16/09

Trustee: JAMES E. STEVENS (330420)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****93-66 - Checking Account
Blanket Bond: $118,000.00  (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | | | |
| MMA # ***-*****93-65 | | | | 10,025.33 | 18.79 | 0.00 |
| Checking # ***-*****93-66 | | | | 0.00 | 10,006.54 | 0.00 |
| | | | | $10,025.33 | $10,025.33 | $0.00 |

{} Asset reference(s)

**JPMorganChase** ⬡

September 01, 2009 through September 30, 2009
Primary Account: **000312976869365**

# BANKRUPTCY BUSINESS MONEY MARKET

05-74719 BOYSEN ALLEN F                                    Account Number: 000312976869365
BOYSEN VERONICA H DEBTOR

## SAVINGS SUMMARY

|                          | INSTANCES | AMOUNT        |
| ------------------------ | --------- | ------------- |
| Beginning Balance        |           | $10,006.33    |
| Deposits and Additions   | 1         | 0.21          |
| Electronic Withdrawals   | 1         | - 10,006.54   |
| Ending Balance           | 2         | $0.00         |
| Interest Paid This Period |          | $0.21         |
| Interest Paid Year-to-Date |         | $3.42         |

This account earns interest daily and the current interest rate is 0.05%.

## DEPOSITS AND ADDITIONS

| DATE  | DESCRIPTION       | AMOUNT |
| ----- | ----------------- | ------ |
| 09/18 | Mma Cirf Closeout | $0.21  |
| **Total Deposits and Additions** |  | **$0.21** |

## ELECTRONIC WITHDRAWALS

| DATE  | DESCRIPTION        | AMOUNT      |
| ----- | ------------------ | ----------- |
| 09/18 | Miscellaneous Debit | $10,006.54 |
| **Total Electronic Withdrawals** |  | **$10,006.54** |

**JPMorganChase** 

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

October 01, 2009 through October 30, 2009
Account Number: **000312976869366**

---

### CUSTOMER SERVICE INFORMATION

Service Center:                    **1-800-634-5273**

---

00018226 DBI 802 24 30609 - NNNNN  1 000000000 60 0000
05-74719 BOYSEN ALLEN F
BOYSEN VERONICA H DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY   Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $5.78 |
| Checks Paid | 1 | - 5.78 |
| Ending Balance | 1 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 112 | 10/01 | $5.78 |
| Total Checks Paid | | $5.78 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 10/01 | $0.00 |

JPMorganChase

May 31, 2008 through June 30, 2008
Account Number: **000312976869365**

ACCOUNT # 000312976869365
BOYSEN ALLEN F
05-74719

# IMAGES

JPMORGAN CHASE BANK, N.A.

VOID AFTER 90 DAYS

1001
1-2/210

| Case | Debtor |
| --- | --- |
| 05-74719 MB | BOYSEN, ALLEN F |
| 312976869365 | BOYSEN, VERONICA H |

BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2008 FOR CASE #05-74719, prorata bond payment bond #016018067

TTD #330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

Date 06/04/2008 $ ************6.27

---Six Dollars and 27/100

Pay to the Order of INTERNATIONAL SURETIES, LTD.
210 BARONNE STREET, SUITE 210
NEW ORLEANS LA 70112

JAMES E. STEVENS

⑈0000100 1⑈ ⑆0 2100002 1⑆3 129768693 65⑈ ⑈0000000627⑈

004780920743 JUN 10 #0000001001 $6.27

6330097807

0220505098

INTERNATIONAL SURETIES, LTD.
GLOBAL SURETY, LLC

004780920743 JUN 10 #0000001001 $6.27

18431130020010011207



# JPMorganChase ◑

May 30, 2009 through June 30, 2009

Account Number: **000312976869365**

ACCOUNT # 000312976869365
BOYSEN ALLEN F
05-74719

## IMAGES





005980725846 JUN 12 #0000001002 $12.52



005980725846 JUN 12 #0000001002 $12.52

JPMorganChase

September 01, 2009 through September 30, 2009
Primary Account: **000312976869365**

ACCOUNT # 000312976869366
BOYSEN ALLEN F
05-74719

# IMAGES

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 101
Case 05-74719 MB 312976869366 Debtor: BOYSEN, ALLEN F BOYSEN, VERONICA H
Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: 06-96091
JAMES E. STEVENS 6833 STALTER ROCKFORD IL 61108
Date 09/17/2009 $ *********250.00
---Two Hundred Fifty Dollars and 00/100
Pay to the Order of Clerk of the Bankruptcy Court
JAMES E. STEVENS
⑈00000101⑈ ⑆021000021⑆312976869366⑈ 29981

002780476934 SEP 29 #0000000101 $250.00

Pay to the order of Bank of America for credit to general depository for Deposit to Treasurer of the United States Bankruptcy Clerk United States District Court Symbol Acct. 8824

002780476934 SEP 29 #0000000101 $250.00

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 102
Case 05-74719 MB 312976869366 Debtor: BOYSEN, ALLEN F BOYSEN, VERONICA H
Dividend paid 100.00% on $3,472.00, Attorney for Trustee Fees (Trustee Firm); Reference:
JAMES E. STEVENS 6833 STALTER ROCKFORD IL 61108
Date 09/17/2009 $ *******3,472.00
---Three Thousand Four Hundred Seventy-Two Dollars and 00/100
Pay to the Order of Barrick Switzer Law Firm 6833 Stalter Drive Rockford IL 61108
74597
JAMES E. STEVENS
⑈00000102⑈ ⑆021000021⑆312976869366⑈

007280673690 SEP 21 #0000000102 $3,472.00

PAY TO THE ORDER OF ALPINE BANK 071923307 ROCKFORD, IL FOR DEPOSIT ONLY BARRICK-SWITZER-LONG-BALSLEY & VAN EVERA ATTORNEYS AT LAW 7004593
106001320 09 10 2009 071923307

007280673690 SEP 21 #0000000102 $3,472.00

JPMorganChase

September 01, 2009 through September 30, 2009
Primary Account: **000312976869365**

ACCOUNT # 000312976869366
BOYSEN ALLEN F
05-74719

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 103
4 New York Plaza, 13th Floor, New York, NY 10004
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

| Case | Debtor |
| --- | --- |
| 05-74719 MB | BOYSEN, ALLEN F |
| 312976869366 | BOYSEN, VERONICA H |

Dividend paid 100.00% on $150.00, Attorney for Trustee Expenses (Trustee Firm); Reference:

Date 09/17/2009 $ *********150.00

---One Hundred Fifty Dollars and 00/100

Pay to the Order of: Barrick, Switzer Law Firm
6833 Stalter Drive
Rockford IL 61108

#74597

JAMES E. STEVENS

⑈00000103⑈ ⑆021000021⑆312976869366⑈

007280673689 SEP 21 #0000000103 $150.00

X PAY TO THE ORDER OF
ALPINE BANK 071923307
ROCKFORD, IL
FOR DEPOSIT ONLY
BARRICK-SWITZER-LONG,
BALSLEY & VAN EVERA
ATTORNEYS AT LAW
70045839

007280673689 SEP 21 #0000000103 $150.00

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 104
4 New York Plaza, 13th Floor, New York, NY 10004
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

| Case | Debtor |
| --- | --- |
| 05-74719 MB | BOYSEN, ALLEN F |
| 312976869366 | BOYSEN, VERONICA H |

Dividend paid 100.00% on $1,752.47, Trustee Compensation; Reference:

Date 09/17/2009 $ *******1,752.47

---One Thousand Seven Hundred Fifty-Two Dollars and 47/100

Pay to the Order of: JAMES E. STEVENS
6833 Stalter Drive
Rockford IL 61108

JAMES E. STEVENS

⑈00000104⑈ ⑆021000021⑆312976869366⑈

007280673691 SEP 21 #0000000104 $1,752.47

X PAY TO THE ORDER OF
ALPINE BANK 071923307
ROCKFORD, IL
FOR DEPOSIT ONLY
BARRICK-SWITZER-LONG,
BALSLEY & VAN EVERA
ATTORNEYS AT LAW
70045839

007280673691 SEP 21 #0000000104 $1,752.47

JPMorganChase

September 01, 2009 through September 30, 2009
Primary Account: **000312976869365**

ACCOUNT # 000312976869366
BOYSEN ALLEN F
05-74719

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

JPMORGAN CHASE BANK, N.A.
4 New York Plaza, 13th Floor, New York, NY 10004

VOID AFTER 90 DAYS 105
1-2/210

| Case | Debtor |
|---|---|
| 05-74719 MB | BOYSEN, ALLEN F |
| 312976869366 | BOYSEN, VERONICA H |

Dividend paid 9.24% on $242.80, Claim# 1; Filed: $242.80, Reference:

TID #330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

Date 09/17/2009 $ **********22.44

---Twenty-Two Dollars and 44/100

Pay to the Order of World Financial Network National Bank
Victoria's Secret,c/o Weinstein &
Riley, P.S.,2101 Fourth Ave., Suite 900,
WA 98121

JAMES E. STEVENS

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈00000105⑈ ⑆021000021⑆312976869366⑈

005480604849 SEP 24 #0000000105 $22.44

005480604849 SEP 24 #0000000105 $22.44

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

JPMORGAN CHASE BANK, N.A.
4 New York Plaza, 13th Floor, New York, NY 10004

VOID AFTER 90 DAYS 106
1-2/210

| Case | Debtor |
|---|---|
| 05-74719 MB | BOYSEN, ALLEN F |
| 312976869366 | BOYSEN, VERONICA H |

Dividend paid 9.24% on $6,672.00, Claim# 2, Filed: $6,672.00, Reference
2988831230.3

TID #330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

Date 09/17/2009 $ *********616.52

---Six Hundred Sixteen Dollars and 52/100

Pay to the Order of Discover Bank/Discover Financial Services
PO Box 8003
Hilliard OH 43026

JAMES E. STEVENS

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈00000106⑈ ⑆021000021⑆312976869365⑈ ⑈0000061652⑈

002980423818 SEP 23 #0000000106 $616.52

X
FOR DEPOSIT ONLY-DFS

0520203104

00859755 00000050 092509 317

002980423818 SEP 23 #0000000106 $616.52

**JPMorganChase**

September 01, 2009 through September 30, 2009

Primary Account: **000312976869365**

ACCOUNT # 000312976869366
BOYSEN ALLEN F
05-74719





001880734663 SEP 28 #0000000107 $671.17



001880734663 SEP 28 #0000000107 $671.17



007080890078 SEP 23 #0000000108 $60.95



007080890078 SEP 23 #0000000108 $60.95

Page 7 of 10

JPMorganChase

September 01, 2009 through September 30, 2009
Primary Account: **000312976869365**

ACCOUNT # 000312976869366
BOYSEN ALLEN F
05-74719

JPMORGAN CHASE BANK, N.A.
4 New York Plaza, 13th Floor, New York, NY 10004
VOID AFTER 90 DAYS 111
1-2/210

| Case | Debtor |
| --- | --- |
| 05-74719 MB | BOYSEN, ALLEN F |
| 312976869366 | BOYSEN, VERONICA H |

Dividend paid 9.24% on $891.41; Claim# 7; Filed $891.41; Reference:

TID #330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

Date 09/17/2009 $ **********82.37

---Eighty-Two Dollars and 37/100

Pay to the Order of: Recovery Management Systems Corporation
For GE Money Bank,dba MEIJER,25 S.E.
2nd Avenue, Suite 1120
Miami FL 33131

JAMES E. STEVENS

⑈0000111⑈ ⑆021000021⑆312976869366⑈

001080063885 SEP 24 #0000000111 $82.37

001080063885 SEP 24 #0000000111 $82.37

JPMORGAN CHASE BANK, N.A.
4 New York Plaza, 13th Floor, New York, NY 10004
VOID AFTER 90 DAYS 113
1-2/210

| Case | Debtor |
| --- | --- |
| 05-74719 MB | BOYSEN, ALLEN F |
| 312976869366 | BOYSEN, VERONICA H |

Dividend paid 9.24% on $522.79; Claim# 9; Filed $522.79; Reference:

TID #330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

Date 09/17/2009 $ **********48.31

---Forty-Eight Dollars and 31/100

Pay to the Order of: Recovery Management Systems Corporation
For GE Money Bank
dba MOBIL,25 S.E. 2nd Avenue, Suite 1120
Miami FL 33131

JAMES E. STEVENS

⑈0000113⑈ ⑆021000021⑆312976869366⑈

001080063886 SEP 24 #0000000113 $48.31

001080063886 SEP 24 #0000000113 $48.31



JPMorganChase

September 01, 2009 through September 30, 2009
Primary Account: **000312976869365**

ACCOUNT # 000312976869366
BOYSEN ALLEN F
05-74719

JPMORGAN CHASE BANK, N.A. — VOID AFTER 90 DAYS — 109

TTD #330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

| Case | Debtor |
|---|---|
| 05-74719 MB | BOYSEN, ALLEN F |
| 312976869366 | BOYSEN, VERONICA H |

Date 09/17/2009 $ *********782.50

---Seven Hundred Eighty-Two Dollars and 50/100

Pay to the Order of: Target National Bank (f.k.a. Retailers National Ba
TARGET VISA,c/o Weinstein & Riley,
P.S.,2101 Fourth Ave., Suite 900,Seattle
WA 98121

JAMES E. STEVENS

⑈00000109⑈ ⑆021000021⑆312976869366⑈

005480604848 SEP 24 #0000000109 $782.50

005480604848 SEP 24 #0000000109 $782.50

JPMORGAN CHASE BANK, N.A. — VOID AFTER 90 DAYS — 110

TTD #330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

| Case | Debtor |
|---|---|
| 05-74719 MB | BOYSEN, ALLEN F |
| 312976869366 | BOYSEN, VERONICA H |

Date 09/17/2009 $ **********21.72

---Twenty-One Dollars and 72/100

Pay to the Order of: Capital Recovery One
25 SE 2nd Avenue Suite 1120
Miami FL 33131 Claimant History

JAMES E. STEVENS

⑈00000110⑈ ⑆021000021⑆312976869366⑈

001080063900 SEP 24 #0000000110 $21.72

2870 80594

001080063900 SEP 24 #0000000110 $21.72



**JPMorganChase**

October 01, 2009 through October 30, 2009

Account Number: **000312976869366**

ACCOUNT # 000312976869366
BOYSEN ALLEN F
05-74719

IMAGES



006180485858 OCT 01 #0000000112 $5.78



006180485858 OCT 01 #0000000112 $5.78



JPMorganChase

September 01, 2009 through September 30, 2009

Primary Account: **000312976869365**

ACCOUNT # 000312976869366
BOYSEN ALLEN F
05-74719

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE CHASE LOGO FADING IN THE BACKGROUND

JPMORGAN CHASE BANK, N.A.
4 New York Plaza, 13th Floor, New York, NY 10004

VOID AFTER 90 DAYS 114
1-2/210

Case: 05-74719 MB, 312976869366
Debtor: 5398430021139090 BOYSEN, ALLEN F; BOYSEN, VERONICA H
Dividend paid 9.24% on $21,954.84; Claim# 10, Filed: $21,954.84; Reference:

TID #330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

Date 09/17/2009 $ *******2,028.70

CBNV992645724700022

---Two Thousand Twenty-Eight Dollars and 70/100

Pay to the Order of: Citibank(South Dakota)/Choice
Exception Payment Processing
POB 6305
The Lakes NV 88901

JAMES E. STEVENS

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈0000114⑈ ⑆021000021⑆312976869366⑈

001380970123 SEP 22 #0000000114 $2,028.70

For Deposit Only
13 01 00 572470 092109 Pay Any Bank
98430021139090 110 10 Pcg CitibankNV
>122401710< 087175 091809 >122401710<

001380970123 SEP 22 #0000000114 $2,028.70

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE CHASE LOGO FADING IN THE BACKGROUND

JPMORGAN CHASE BANK, N.A.
4 New York Plaza, 13th Floor, New York, NY 10004

VOID AFTER 90 DAYS 115
1-2/210

Case: 05-74719 MB, 312976869366
Debtor: BOYSEN, ALLEN F; BOYSEN, VERONICA H
Dividend paid 9.24% on $450.29; Claim# 11, Filed: $450.29; Reference:

TID #330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

Date 09/17/2009 $ ***********41.61

---Forty-One Dollars and 61/100

Pay to the Order of: Capital Recovery One
25 SE 2nd Avenue Suite 1120
Miami FL 33131 Claimant History

JAMES E. STEVENS

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈0000115⑈ ⑆021000021⑆312976869366⑈

001080063899 SEP 24 #0000000115 $41.61

2670 80594
SEP 2 8 2009

CAPITAL RECOVERY I LLC
PAY TO THE ORDER OF
RECOVERY MANAGEMENT
SYSTEMS CORPORATION
050001615

001080063899 SEP 24 #0000000115 $41.61

10182601010000000063

27431130020010015119